UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CYNTHIA CORRINE FIMBRES<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:18-cv-04814-JDE<br><br>ORDER AWARDING ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 22),

IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $3,750.00 under 28 U.S.C. § 2412, subject to the terms of the above-referenced Stipulation.

Dated: April 02, 2019

_____
JOHN D. EARLY
United States Magistrate Judge